The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHESTER HENDERSON, an individual, | No. **2:07-CV-01426-RAJ** |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ABW TECHNOLOGIES, INC., a Washington corporation, | |
| Defendant. | |

TO:          THE CLERK OF THE COURT

AND TO:      Plaintiff, by and through his attorney of record, Meyrick-Aylmer Cortes

PLEASE TAKE NOTICE that Wayne W. Hansen, hereby withdraws as an attorney for defendant ABW Technologies, Inc., in the above-captioned lawsuit and no longer requires notice of filings and correspondence in this matter.

Jackson Lewis LLP will otherwise continue to represent defendant through attorneys Barry Alan Johnsrud, Michael A. Griffin, and Gina D. Wolverton.

NOTICE OF WITHDRAWAL OF COUNSEL
(Case No. 2:07-CV-01426-RAJ) - 1

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1     DATED this 10th day of December, 2007.

2                         JACKSON LEWIS LLP

3

4

5                  By:       *s/Wayne W. Hansen*
                            Wayne W. Hansen, WSBA #8912

6                         Barry Alan Johnsrud, WSBA #21952

7                         Michael A. Griffin, WSBA #29103
                         Gina Dawn Wolverton, WSBA # 35738

8                         Attorneys for Defendant
                         Telephone:  (206) 405-0404

9                         Facsimile:  (206) 405-4450
                         Email:  hansenw@jacksonlewis.com

10                       Email:  johnsrub@jacksonlewis.com

11                       Email:  griffinm@jacksonlewis.com
                       Email:  wolvertong@jacksonlewis.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this date I filed the foregoing Notice of Withdrawal of Counsel

3

with the United States District Court Clerk, Western District of Washington, using the ECF

4

system, which will automatically send notice of this filing to counsel of record listed below:

5

Meyrick-Aylmer Cortes, WSBA #35362
Cortes Maguddayao, PLLC

6

157 Yesler Way, Suite 509
Seattle, WA   98104

7

Telephone:  (206) 464-7302
Facsimile: ( 206) 624-6214

8

9

DATED:  December 10, 2007.

10

11

12

_____*s/Leslie Boston*_____
Leslie Boston

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL
(Case No. 2:07-CV-01426-RAJ) - 3